**MINUTE ENTRY**
**November 15, 2018**

**ELIZABETH E. FOOTE**
**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

---

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 16-cr-00214-02-03, 05 |
| VERSUS | JUDGE ELIZABETH FOOTE |
| DAVID SMITH, KENNETH LAMPKIN, and LIONEL KOONS | MAGISTRATE JUDGE HORNSBY |

---

In order to address the Government's motions in this matter [Record Documents 175-177], the Court hereby **SETS** a hearing for **9:00 a.m.** on **November 28, 2018**. These motions will be addressed in advance of the sentencings scheduled to begin at 9:30 a.m. that morning.

**IT IS SO ORDERED**.